IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22237-CMB |
| | : | |
| ADELITA ENTERPRISES, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

## ORDER OF COURT

AND NOW, this 17th day of July, 2019, whereas a Petition including Schedules and Statement of Affairs was filed by Debtor Adelita Enterprises, Inc., it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1. A Hearing will be held on **August 8, 2019 at 10:00 a.m.** in Courtroom B, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania **to determine why this case should not be dismissed.**

2. The Debtor should be prepared to address the following issues at the hearing:
   a. Debtor's Petition states that it has no income;
   b. Debtor lists only two assets: real property located at 834 Washington Road, Pittsburgh, PA 15228 and 201 Birch Avenue, Pittsburgh, PA 15243;
   c. It appears that the two assets in the present case were the same assets in Bankruptcy Case No. 17-23126-CMB, MSAMN Corp. In MSAMN Corp., relief from the automatic stay was granted as to these assets as the debtor had no equity in said properties. Similarly, the schedules of Debtor Adelita Enterprises, Inc. indicate that the Debtor has no equity in the said properties.
   d. Given the above, it seems there is no possibility of an effective reorganization.

3. Debtor and Counsel for the Debtor are directed to personally appear at the Hearing scheduled on **August 8, 2019 at 10:00 a.m.**

4. Any responses or objections to this Order or objections to the dismissal of the case must be filed by **August 1, 2019**.

5. Failure to adequately address the above issues may result in this case being dismissed for cause without further notice or hearing.

FILED
7/17/19 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL TO:**
Office of the United States Trustee
James R. Walsh, Chapter 7 Trustee
Kevin J. Petak, Esquire
Counsel for the Debtor